# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED JUN 29 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOANNA SAMANTHA FIGUEROA-GUTIERREZ (2), Defendant. | CASE NO. 18CR0106-DMS **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

　　8 U.S.C. Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 29, 2018

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE